**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00121-CV
_____

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN
LONDON MARKET INSURANCE COMPANIES, Appellants**

**V.**

**CHICAGO BRIDGE & IRON COMPANY, Appellee**

_____

**On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 12-03-02362 CV**

_____

### ORDER

The record for this appeal has been filed under seal. *See generally* Tex. R. Civ. P. 76a. The parties' briefs include portions of the sealed record and previously ordered protective measures will be defeated if the briefs are published. Accordingly, we direct the Clerk of the Court to seal the briefs that have been filed in this appeal, subject to a motion to unseal the briefs. Additional briefs filed by the parties in this appeal may be filed under seal.

ORDER ENTERED October 10, 2012.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

1